# FINANCIAL DISCLOSURE REPORT

## Nomination Report

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chang, Edmond, E. | Northern District of Illinois | April 21, 2010 |

| 4. Title *(Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)* District Judge – Nominee | 5. Report Type (check appropriate type)  _X_ Nomination, Date _4/21/10_  ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/2009 to 4/13/2010 |
|---|---|---|
| 7. Chambers or Office Address Office of the U.S. Attorney 219 South Dearborn Street Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Adjunct Professor of Law | Northwestern University School of Law |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1997 - 2/5/2010 | Continued participation in 401(k) plan of former law firm, Sidley Austin LLP (divested 2/5/2010) |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2008-2009 | Northwestern University School of Law – teaching (two terms in reporting period) | $ 6,000 (total) |
| | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | |
|---|---|
| X NONE (No reportable non-investment income.) | |
| 1 | None |
| 2 | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Value Codes: ... K=$15,001-$50,000 ... $50,001-$100,000 ... M=$100,001-$250,000 ... $100,001-$300,000 ... O=$500,001-$1,000,000 ... $250,001-$500,000 ... N=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income (1) Amt Code (A-H) | B. Income (2) Type (e.g. div rent int) | C. Gross value end of reporting (1) Value Code2 (J-P) | C. Gross value end of reporting (2) Value Method Code3 (Q-W) | D. Transactions (1) Type (e.g. buy sell merger redemption) | D. Transactions (2) Date Month Day | D. Transactions (3) Value Code2 (J-P) | D. Transactions (4) Gain Code1 (A-H) | D. Transactions (5) Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NONE** (No reportable income, | | | | | | | | | |
| 1 | Motorola common stock | A | Dividend | J | T | Exempt | | | | |
| 2 | Microsoft common stock | A | Dividend | J | T | | | | | |
| 3 | Hasbro common stock | A | Dividend | J | T | | | | | |
| 4 | E-Trade bank account 1 | A | Interest | K | T | | | | | |
| 5 | E-Trade bank account 2 | A | Interest | K | T | | | | | |
| 6 | Vanguard S&P500 Index Fund (mutual fund held as sole asset of IRA) | | None | K | T | | | | | |
| 7 | Vanguard Windsor II Fund | A | Dividend | K | T | | | | | |
| 8 | Janus Twenty Fund | | None | J | T | | | | | |
| 9 | American Century Ultra Fund | A | Dividend | J | T | | | | | |
| 10 | Oak Associates White Oak Fund | | None | J | T | | | | | |
| 11 | T. Rowe Price Science&Tech Fund | | None | J | T | | | | | |
| 12 | Janus Perkins MidCap Value Fund | A | Dividend | J | T | | | | | |
| 13 | Motorola 401(k) | | None | M | T | | | | | |
| 14 | Sidley Austin 401(k) | | None | J | T | | | | | |
| 15 | Bright Start Savings Plans (529 college) | | None | K | T | | | | | |
| 16 | Chase bank account | A | Interest | J | T | | | | | |
| 17 | | | | | | | | | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A | B (1) | B (2) | C (1) | C (2) | D | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |
| 33 | | | | | | | | | | | |
| 34 | | | | | | | | | | | |

## VII. Page 3  INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |